UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22789-JLK

KATIA BORGELLA and ANTHONY WILLIAMS,

    Plaintiffs,

v.

ROBINS & MORTON CORPORATION and
ROBINS & MORTON GROUP,

    Defendants.
_____/

**ORDER GRANTING JOINT MOTION FOR
EXTENSION OF TIME TO FILE DISCOVERY MOTIONS**

THIS CAUSE having come before this Court upon the Joint Motion for an extension of time within which to file discovery motions, and the Court, having considered the Motion, been advised of the agreement of the parties, and being otherwise fully apprised on the premises, it is hereby

**ORDERED AND ADJUDGED** that the Motion **(DE 36)** is hereby **GRANTED.** The parties shall file any discovery motions directed to the first set of discovery responses on or before Monday, December 5, 2022.

**DONE** and **ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 21st day of November, 2022.

*[signature]*
HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record