UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.:  1:21-cv-22789-JLK

KATIA BORGELLA and ANTHONY WILLIAMS,

    Plaintiffs,

v.

ROBINS & MORTON CORPORATION and
ROBINS & MORTON GROUP,

    Defendants.
_____/

**ORDER SCHEDULING MEDIATION**

    The mediation conference in this matter shall be held with Karen Evans, Esq. on Thursday, April 6, 2023 at 10:00 a.m. via Zoom videoconference. A report of the mediation must be filed **within seven (7) days** thereafter.

    **DONE AND ORDERED** in Chambers in Miami-Dade County, Florida on this 17th day of February 2023.

*/s/ James Lawrence King*
THE HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All counsel of record