UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22789-JLK

KATIA BORGELLA and ANTHONY WILLIAMS,

   *Plaintiffs,*

v.

ROBINS & MORTON CORPORATION and
ROBINS & MORTON GROUP,

   *Defendants.*
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Parties' Joint Stipulation of Dismissal with Prejudice. The Court has carefully considered the Stipulation and is otherwise advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Stipulation is hereby Approved.

2. This action is **DISMISSED WITH PREJUDICE** with each party to bear its own attorney's fees and costs.

3. The Clerk shall **CLOSE** the case and **DENY** as moot any pending motions.

DONE and ORDERED in Chambers in Miami-Dade County, Florida on this 27th day of June 2023.

*[signature: James Lawrence King]*
THE HONORABLE JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All counsel of record